## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  3:04-cr-189 |
| -vs- | : | District Judge Walter H. Rice |
| | | Chief Magistrate Judge Michael R. Merz |
| | : | |
| DERIC EDMOND MARSHALL, | : | |
| Defendant. | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #84), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 9, 2008, hereby ADOPTS said Report and Recommendations.

This case is hereby DISMISSED WITH PREJUDICE as barred by the statute of limitations.  The Clerk shall enter judgment accordingly.

April  11  , 2008.

_____
Walter H. Rice
United States District Judge