IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,     :    Case No. 3:04-cr-189

- vs -

DERIC EDMOND MARSHALL,        District Judge Walter Herbert Rice
                                        Magistrate Judge Michael R. Merz

                Defendant.    :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 109), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Vacate (ECF No. 104) is DISMISSED without prejudice for lack of jurisdiction.

November 8, 2016.

                                                        Walter Herbert Rice
                                                        United States District Judge